IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREY GHINKUL<br> a/k/a "Andrei Ghincul"<br> a/k/a "Smilex" | Criminal No. 15-198 |

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that Shardul S. Desai, Assistant United States Attorney, is counsel of record for the government in the above-criminal action.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


s/ Shardul S. Desai
SHARDUL S. DESAI
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-2645 (Fax)
Shardul.Desai@usdoj.gov
DC ID No. 990299