# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| ANDREY GHINKUL | CRIMINAL DOCKET NUMBER: 15-198 |
| | DATE OF INDICTMENT |
| DATE ARRESTED: N/A | STATUTE: 18:371 / 18:1343 and 2 |
| | 18:1344 and 2 |
| | 18:1030(a)(5), 1030(c)(4)(B) |
| | 18:1030(c)(4); 1030(c)(3)(A) and 2 |

## INITIAL APPEARANCE

Before Magistrate: [X] LENIHAN  [ ] KELLY  [ ] MITCHELL  [ ] BAXTER  [ ] EDDY  [ ] PESTO

Date: 2/26/16
Time: 2:25 – 2:40
Cassette Tape #: 
Tape Index: 

Mary Houghton & Shardul Desai

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [X] Read
   - [X] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: Chris Brown for procedural purposes only.
   - [X] Defendant expects to retain: Arkady/Argay Bukh
   - [ ] Affidavit executed
   - [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: 
   - Bond Set at: 
   - [ ] By Consent  [ ] Additional Conditions Imposed
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [X] Temporary Commitment issued  [ ] Final Commitment issued
   - Bond Review Hearing Set For: 
   - Detention Hearing Set For: March 2, 2016 @ 9:30 AM

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

Preliminary Exam/Rule 40/Arraignment set for: 3/2/16 @ 9:30  Before Magistrate: Robert Mitchell

ADDITIONAL COMMENTS: Romanian interpreter Doina Francu was used at the Initial Appearance. The defendant told the Court he does not really understand Romanian and would prefer to proceed in English. The defendant told the Court he would be most comfortable with a Russian Interpreter. The Court will attempt to find a Russian Interpreter for hearings set for 3/2/16.